**JUDGE KAPLAN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 6591**

------------------------------------------------------------X

KZMID, INC. and MEGO INTERNATIONAL
TRADE,

            Plaintiffs,

    -against-

MARMOLES Y GRANITOS IGNEA, S.A. DE
C.V.,

            Defendant.

------------------------------------------------------------X

08 CV
ECF CASE

FRCP RULE 7.1
DISCLOSURE STATEMENT



RECEIVED
JUL 24 2008
U.S.D.C. S.D. N.Y.
CASHIERS

NOW come plaintiffs, KZMID, INC. and MEGO INTERNATIONAL TRADE and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1. KZMID, INC. is not a publicly traded company. MEGO INTERNATIONAL TRADE is not a publicly traded company.

Dated: New York, New York
      July 24, 2008
      283-07

                                        The Plaintiffs,
                                        KZMID, INC. and MEGO
                                          INTERNATIONAL TRADE

                          By: _____
                               Christopher M. Schierloh (CS-6644)
                               CASEY & BARNETT, LLC
                               317 Madison Avenue, 21st Floor
                               New York, New York 10017
                               Tel: 212-286-0225
                               Fax: 212-286-0261
                               cms@caseybarnett.com