UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KRONOZ INTERNACIONAL, INC. and
MEGO INTERNATIONAL TRADE,

               Plaintiffs,

      -against-

MARMOLES Y GRANITOS IGNEA, S.A. DE C.V.,

               Defendant.
-------------------------------------------------------X

2008 Civ. 6591 (LAK)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

      **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntarily dismissed without prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       August 14, 2008
       283-07

                                                    The Plaintiffs,
                                                  Kronoz Internacional, Inc. and Mego
                                                  International Trade

                                       By: _____
                                                  Christopher M. Schierloh (CS-6644)
                                                  CASEY & BARNETT, LLC
                                                  317 Madison Avenue, 21st Floor
                                                  New York, New York 10017
                                                  Tel: 212-286-0225
                                                  Fax: 212-286-0261
                                                  cms@caseybarnett.com

SO ORDERED:

_____
United States District Judge